UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 20, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARAMOKO FUSE,

    Defendant.

Case No. 2:14-mj-275-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KARAMOKO FUSE,

Case No. 2:14-mj-275-DAD from custody for the following reasons:

      ____ Release on Personal Recognizance

      **X** Bail Posted in the Sum of $  $50,000

      ____ Unsecured Appearance Bond $  $

      ____ Appearance Bond with 10% Deposit

      ____ Appearance Bond with Surety

      ____ Corporate Surety Bail Bond

      **X** (Other): Pretrial services conditions. Released at 9:00 AM on 11/21/2014 to the custody of Pretrial Services

Issued at Sacramento, California on November 20, 2014 at 3:15 PM

By: _____

Magistrate Judge Carolyn K. Delaney